UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60384-CIV-SINGHAL

TODD CONLEY,

    Plaintiff,

v.

DANIEL S. VACANTI, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court on Defendants' Motion to Strike Plaintiff's Answer and Affirmative Defenses to Defendant Daniel S. Vacanti's Counterclaim (the "Motion") (DE [129]), filed on November 21, 2024.

Defendants' Motion was referred to Magistrate Judge Bruce E. Reinhart for Report and Recommendation ("R&R"). *See* (DE [164]). The Magistrate Judge issued an R&R (DE [167]) on January 23, 2025, recommending that Defendants' Motion be denied. The Court has reviewed the record and has made a *de novo* review of the issues. Moreover, both Plaintiff and Defendants have advised that they won't file objections to the R&R. *See* (DE [169], [170]).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this Report and Recommendation (DE [167]) of the Magistrate Judge is **APPROVED AND ADOPTED.** Defendants' Motion to Strike Plaintiff's Answer and Affirmative Defenses to Defendant Daniel S. Vacanti's Counterclaim (DE [129]) is **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of January 2025.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE